IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-0244-Civ-King/O'Sullivan



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NORWEGIAN CRUISE LINE LIMITED,

    Defendant
_____/





### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** that the Law Firm of HOUCK, HAMILTON & ANDERSON, P.A. withdraws as counsel for the Defendant, NORWEGIAN CRUISE LINE LIMITED, in this cause, and that the HILL, BETTS & NASH LLP be substituted as counsel for said party.

**DATED** this __5__ of May, 2005.

| HOUCK, HAMILTON & ANDERSON, P.A. | HILL, BETTS & NASH, LLP. |
|---|---|
| 200 South Biscayne Boulevard | 601 Brickell Key Drive |
| Suite 300 | Miami, Florida 33131 |
| Miami, Florida 33131 | Tel: (786) 425-9900 |
| Tel: (305) 372-9044 | |
| By:_____ | By:_____ |
| JERRY D. HAMILTON, ESQ. | CATHERINE J. MACIVOR, ESQ. |
| Fla. Bar No.: 970700 | Fla. Bar No.: 932711 |

CASE NO. 01-0244-Civ-King/O'Sullivan

## ORDER FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before the Court on the foregoing Stipulation and the Court being duly advised in the premises, it is hereby;

**ORDERED and ADJUDGED** that the Law Firm of HOUCK, HAMILTON & ANDERSON, P.A.. is relieved as counsel for the above-named party and that the Law Offices of HILL, BETTS & NASH, LLP. are substituted as counsel for said party.

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida, this 20 day of June, 2005.

_____
Hon. Judge James Lawrence King

Copies furnished to:

Jerry D. Hamilton, Esquire
Catherine J. MacIvor, Esquire